UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN KEY,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | Case No. 19-cv-03366-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 37 |

**(  ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The motion to dismiss is hereby GRANTED, and the Second Amended Complaint is hereby DISMISSED without further leave to amend.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 6/11/2020

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　*Tracy Geiger*
　　　　　　　　　　　　　　　　　　　　Tracy Geiger
　　　　　　　　　　　　　　　　　　　　Deputy Clerk